No. 02–5199.  GREENE *v.* WASHINGTON.   Ct. App. Wash.   Certiorari denied.

No. 02–5200.  GRAY *v.* GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari denied.

No. 02–5201.  GENAO, AKA MARTINEZ, AKA TORRES SANDRIA, AKA SANABRIA *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 02–5202.  FOSTER *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 02–5205.  JACKSON *v.* CAIN, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 02–5206.  BERRY *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 02–5207.  LEMMERER *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 02–5208.  BELETSKY *v.* BORGEN.   C. A. 7th Cir.   Certiorari denied.

No. 02–5209.  ANDREUCCETTI ET UX. *v.* JORGENSEN, JUDGE, CIRCUIT COURT, 18TH JUDICIAL CIRCUIT OF ILLINOIS, DU PAGE COUNTY, ET AL.   Sup. Ct. Ill.   Certiorari denied.

No. 02–5210.  MARQUEZ *v.* CITY OF ROSWELL.   Ct. App. N. M.   Certiorari denied.

No. 02–5211.  ROBERTS *v.* CALLAHAN.   C. A. 10th Cir.   Certiorari denied.

No. 02–5212.  ABBOTT *v.* BALDWIN, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION.   Ct. App. Ore.   Certiorari denied.

No. 02–5213.  ADAMS *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 02–5215.  MURPHY *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.